**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2140**

CHRISTOPHER ROGERS, - Vessel c/o Christopher Rogers - Living Man,

Plaintiff - Appellant,

v.

SAFE FEDERAL CREDIT UNION, Its agents Its Attorney(s) of Record, et al.,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:24-cv-04897-MGL)

Submitted:  November 25, 2025                    Decided:  December 1, 2025

Before GREGORY, WYNN, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Rogers, Appellant Pro Se.  Michael Antonio Parente, MAYNARD NEXSEN PC, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Rogers appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action without prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Rogers v. Safe Fed. Credit Union*, No. 3:24-cv-04897-MGL (D.S.C. Sep. 9, 2025). We deny the motion for a stay pending appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*